PROB 12C
(7/93)

# United States District Court

for

# District of New Jersey

# Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Eliezer Tejada                                      Cr.: 03-00592-001

Name of Sentencing Judicial Officer: John W. Bissell

Date of Original Sentence: 10/31/03

Original Offense: Conspiracy to Steal Goods Moving in Interstate Commerce, 18 U.S.C. 371: Violation of Supervised Release (Distribution of Cocaine, Dkt. # 97-00144-001)

Original Sentence: 11 months custody, Dkt. #97-00144-001, 21 month custody, consecutive. Special Conditions: Drug treatment, financial disclosure, no new lines of credit, restitution of $7,220.00

Type of Supervision: Supervised Release                  Date Supervision Commenced: 06/13/05

Assistant U.S. Attorney: John Vasquez                    Defense Attorney: James Patton

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**' <br><br> The offender failed to appear for urinalysis at the Integrity House Drug Treatment Program on 02/10/06, 04/19/06 and 05/03/06. He also tested positive for cocaine on 05/02/06. |
| 2 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' <br><br> The offender failed to submit written monthly reports from August, 2005 to present. |

PROB 12C - Page 2
Eliezer Tejada

3   The offender has violated the supervision condition which states '**As a condition of supervision, you are instructed to pay restitution in the amount of $$7,220.00.**

Subject has failed to pay court-ordered restitution of $7,220.00. To date, he has made no payments.

I declare under penalty of perjury that the foregoing is true and correct.

By: Thomas S. Larson
Supervising U.S. Probation Officer
Date: 06/01/06

THE COURT ORDERS:

[ ] The Issuance of a Summons. Date of Hearing: .
[X] The Issuance of a Warrant
[ ] No Action
[ ] Other

Signature of Judicial Officer

6/13/06
Date